# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RUIZ,<br><br>       Plaintiff,<br>  vs.<br>TIMOTHY GEITHNER,<br><br>       Defendant. | **CASE NO. 09-CV-1332-H-NLS**<br><br>**ORDER SUBMITTING MOTION TO DISMISS** |

A motion hearing on Defendant Timothy Geithner's motion to dismiss Plaintiff Alvin Ruiz's complaint is currently scheduled for October 5, 2009 at 10:30 a.m.  The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines this matter is appropriate for resolution without oral argument, submits it on the parties' papers, and vacates the motion hearing.

**IT IS SO ORDERED.**

DATED: September 30, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT